UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **United States of America** | } | |
| | } | **JUDGE JOHN R. ADAMS** |
| Plaintiff(s), | } | |
| | } | |
| vs. | } | **NO. 1:23CR474** |
| **Yves Amakon,** | } | |
| | } | |
| Defendant(s). | } | **N O T I C E** |
| | } | |

**TAKE NOTICE** that the Sentencing Hearing is rescheduled to <u>November 20, 2025 at 1:00 p.m.</u> before the Honorable John R. Adams, United States District Judge, Courtroom #575, 2 South Main Street, Akron, Ohio 44308.

**DATE : November 10, 2025**

                                               <u>Christian Capece</u>
                                               Clerk of Court

                               **By**    <u>*s/Christin M. Kestner*</u>
                                               **Courtroom Clerk to the**
                                               **Honorable John R. Adams**
                                               **(330) 252-6071**