IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 1:23 CR 00474 |
| v. | JUDGE JOHN R. ADAMS |
| YVES AMAKON, ET AL | MOTION TO CONTINUE |
| *Defendant* | |

Defendant moves the Court for an Order continuing the December 15, 2025 sentencing in this matter. For cause, Defense Counsel began a jury trial today in the court of Cuyahoga County Common Pleas Judge Timothy McCormick. The trial is scheduled to run through Wednesday December 17, 2025.

Defendant has never requested a continuance in this case, and further states that this Motion is not for purposes of delay.

/s JAMES SIDNEY JONES
_____
**JAMES SIDNEY JONES, LPA**
**OHIO BAR # 0064099**
1706 EUCLID AVE.
CLEVELAND, OHIO 44115
(216) 797-9520

### CERTIFICATE OF SERVICE

I Certify that a true copy of the foregoing was filed with PACER and emailed to the Prosecutor of Record this 10th day of December 2025.

/s JAMES SIDNEY JONES
_____
**JAMES SIDNEY JONES, LPA**